NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEHINDE TAIWO,**
*Petitioner,*

v.

**OFFICE OF COMPLIANCE,**
*Respondent.*

---

2011-6002

---

On petition for review of a decision of the Board of Directors of the Office of Compliance, case no. 10-AC-25

---

## ON MOTION

---

Before LOURIE, PROST, and MOORE, *Circuit Judges.*

MOORE, *Circuit Judge.*

### ORDER

Kehinde Taiwo moves for reconsideration of this court's February 27, 2012 order granting the Office of Compliance's motion for summary affirmance.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

FOR THE COURT

**AUG 0 3 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dalton J. Howard, Jr., Esq.
    Peter A. Eveleth, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 3 2012

JAN HORBALY
CLERK